Fill in this information to identify your case:

Debtor 1  **Ethel Balucan Cabrera**
       First Name     Middle Name     Last Name

Debtor 2
(Spouse, if filing) First Name     Middle Name     Last Name

United States Bankruptcy Court - District of Hawaii

Case number **22-00628**

Local Form H1340 (12/23)
## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

### 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| | |
|---|---|
| Amount: | $7,908.82 |
| Claimant's Name: | Adams & Cohen, LLC |
| Claimant's Address – at time claim was filed: (if different from below) | 242 Palanehe Place<br>Kihei, HI 96753 |
| Claimant's Current Mailing Address, Phone Number, & email Address: | P O Box 2784<br>Auburn, AL 36831<br>Tel.: 334-246-0642<br>Email: admin@adamscohen.com |

### 2. Claimant Information

Applicant[2] represents the following:

☐ The Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☑ The Claimant (Successor Claimant) is entitled to the unclaimed funds by transfer, assignment, purchase, merger, acquisition, or succession by other means, and below are the name(s) of the Owner of Record and all previous owner(s) of the claim:

Ethel Balucan Cabrera, 242 Palanehe Street, Kihei, HI 96753

☑ If the Claimant is a Successor Claimant, Applicant has sent a copy of the application to the Owner of Record and all previous owner(s) of the claim at their current address or Applicant has enclosed a statement explaining why Applicant was not able to do so or an explanation why doing so is not necessary.

---

[1] The Claimant is the party entitled to the unclaimed funds.
[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.
[3] The Owner of Record is the original payee.

### 3. Applicant Information

Applicant represents the following:

☑ Applicant is the Claimant.

☐ Applicant is the Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

### 4. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

☑ The payee's taxpayer information (Form W-9 or alternate form) is attached.

### 5. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

> Office of the United States Attorney
> District of Hawaii
> 300 Ala Moana Boulevard, Room 6100
> Honolulu, HI 96850.

### 6. Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, *see, e.g.*, 18 U.S.C. § 152.

Date: January 3, 2024

Signature of Applicant *[signed]*

Jairo Camargo for Adams & Cohen, LLC
Printed Name of Applicant

Address: P O Box 2784
Auburn, AL 36831

Telephone: 334-246-0642

Email: admin@adamscohen.com

### 6. Co-Applicant Declaration

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and any fraud in the application or supplemental materials may result in criminal penalties, *see, e.g.*, 18 U.S.C. § 152.

Date: _____

Signature of Co-Applicant (if applicable)

_____
Printed Name of Co-Applicant (if applicable)

Address: _____

Telephone: _____

Email: _____

| 7. Notarization | 7. Notarization |
|---|---|
| STATE OF: Alabama | STATE OF: _____ |
| COUNTY OF: Tallapoosa | COUNTY OF: _____ |
| This 3-page Application for Payment of Unclaimed Funds, dated January 3, 2024, was subscribed and sworn to before me this 3rd day of January, 2024 by: | This 3-page Application for Payment of Unclaimed Funds, dated _____, was subscribed and sworn to before me this ____ day of _____, 20___ by: |
| Jairo Camargo                                                              , | _____, |
| who signed above and is personally known to me (or provided to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or provided to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL)   Notary Public [signature] | (SEAL)   Notary Public _____ |
| My commission expires: March 25, 2024 | My commission expires: _____ |

# CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, <u>a true and correct copy of the foregoing application with all required documentation</u> was mailed to:

    Office of the United States Attorney
    District of Hawaii
    300 Ala Moana Boulevard, Suite 6100
    Honolulu, HI 96850.

Names and addresses of any other parties served:

Nima Ghazvini, Ch 13 Trustee
1050 Bishop Street #521
Honolulu, HI 96813

David W Cain, (Debtor's Attorney)
2141 W Vineyard Street
Wailuku, HI 96793

Ethel B Cabrera (Debtor)
242 Palaneha Street
Kihei, HI 96753

Date: January 3, 2024

Signature: _____

Name: Jairo Camargo, for Adams & Cohen, LLC

Address: P O Box 2784
Auburn, AL 36831